**Timothy WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59737.**

Missouri Court of Appeals,
Western District.

Nov. 20, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 26, 2001.

328

Sarah Weber Patel, Assistant Public Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before SPINDEN, C.J., and LOWENSTEIN and EDWIN H. SMITH, JJ.

**Order**

PER CURIAM.

Timothy Wilson appeals from the circuit court's order denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

In his sole point on appeal, the appellant claims that the motion court erred in denying his Rule 24.035 motion without an evidentiary hearing because in his motion, he alleged facts, not conclusions, which were not refuted by the record and, if true, established that he received ineffective assistance of trial counsel that caused him to plead guilty rather than go to trial in that, pursuant to the advice of counsel, he pled guilty based on a reasonable belief that he would receive a sentence of five years imprisonment, rather than the twelve-year sentence he actually received.

Affirmed. Rule 84.16(b).